**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

IN RE:

|  |  |
|---|---|
| Andelko Grdan | Case No.:  04 B 74708 |
| Sladjana Grdan | Chapter:  13 |
| Debtor(s) | Judge Manuel Barbosa |

## RESPONSE TO TRUSTEE'S NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Andelko Grdan, Sladjana Grdan, Debtor(s), 5541 Goodhue, Rockford, IL 61109
Henry Repay, Attorney for Debtor(s), 405 1/2 S. State Street, Belvidere, IL 61008

You are hereby notified that WASHINGTON MUTUAL HOME LOANS claim has not been paid in full.  The notice sent by the trustee is premature.  WASHINGTON MUTUAL has filed an amended proof of claim of $7,254.90 which replaces the original amount of $6,163.65.  The 9/22/04 plan section E(4)(a) was confirmed with arrears of $18,000.00 to be paid to WASHINGTON MUTUAL.  Under the terms of the confirmed plan the trustee must pay the remaining amount of $1,091.25 to Washington Mutual to cure the pre-petition arrearage amount.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on May 22, 2006.

  /s/ Jose Moreno
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Mark D. McClain ARDC#6275481
Peter C. Bastianen ARDC#6244346
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-04-D926)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.