# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: ANDELKO GRDAN & SLADJANA GRDAN  
5541 GOODHUE  
ROCKFORD, IL  61109  
SSN-xxx-xx-1213 & xxx-xx-2302

Case Number: 04-74708

Case filed on: 9/22/2004  
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $46,504.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF HENRY REPAY | 3,200.00 | 3,200.00 | 3,200.00 | 0.00 |
|  | Total Legal | 3,200.00 | 3,200.00 | 3,200.00 | 0.00 |
| 006 | SHAPIRO & KREISMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ANDELKO GRDAN | 0.00 | 0.00 | 47.43 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 47.43 | 0.00 |
| 001 | AMCORE BANK NA | 7,500.00 | 7,380.59 | 7,380.59 | 832.86 |
| 002 | AMCORE BANK NA | 7,945.54 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN GENERAL FINANCIAL SERVICES | 594.00 | 594.00 | 594.00 | 32.27 |
| 004 | HFC | 636.91 | 636.91 | 636.91 | 34.60 |
| 005 | WASHINGTON MUTUAL | 7,254.90 | 7,254.90 | 7,254.90 | 0.00 |
|  | Total Secured | 23,931.35 | 15,866.40 | 15,866.40 | 899.73 |
| 001 | AMCORE BANK NA | 7,786.08 | 7,484.76 | 7,484.76 | 1,027.41 |
| 003 | AMERICAN GENERAL FINANCIAL SERVICES | 170.00 | 170.00 | 170.00 | 14.32 |
| 004 | HFC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | WELLS FARGO / SLUMBERLAND | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ADT SECURITY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMCORE BANK NA | 8,619.86 | 8,619.86 | 8,619.86 | 1,141.07 |
| 010 | SMC | 2,056.36 | 2,056.36 | 2,056.36 | 272.29 |
| 011 | CAROL DUBOIS, M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JANET WATTLES CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS BANKRUPTCY SERVICE | 834.14 | 834.14 | 834.14 | 110.54 |
| 015 | T-MOBILE | 410.28 | 410.28 | 410.28 | 54.26 |
| 016 | WELLS FARGO FINANCIAL | 1,062.67 | 1,062.67 | 1,062.67 | 140.60 |
|  | Total Unsecured | 20,939.39 | 20,638.07 | 20,638.07 | 2,760.49 |
|  | Grand Total: | 48,070.74 | 39,704.47 | 39,751.90 | 3,660.22 |

Total Paid Claimant:     $43,412.12  
Trustee Allowance:        $3,091.88  
Percent Paid Unsecured:      100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan